## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

     *Plaintiff,*

    v.                      **Civ. No. 1:20-cv-00455-MV**

$140,927.88 IN FUNDS FROM GUADALUPE CREDIT UNION
ACCOUNT NUMBER ENDING 7007,

     *Defendant-in-rem,*

*and*

GUADALUPE CREDIT UNION, AND
FRANCISCO DIAZ,

     *Claimants.*

## **FINAL JUDGMENT AND ORDER OF FORFEITURE**

This matter is before the Court on the Settlement Agreement and Release between the United States and Claimant Francisco Diaz. The Court has reviewed the agreement and is fully advised in the premises.

WHEREAS, $80,268.11 of the $140,927.88 in Defendant funds were returned to Claimant Guadalupe Credit Union (GCU) per the settlement agreement between the United States and the GCU, leaving $60,659.77 of the Defendant Funds for disposition.

WHEREAS, the United States and Claimant Francisco Diaz have entered into a settlement agreement resolving disposition of the remaining funds in this action.

IT IS THEREFORE ORDERED, ADJUGED AND DECREED AS FOLLOWS:

1.    The United States will return $37,906.52 of the remaining Defendant Funds to Claimant Francisco Diaz.

2.      All rights, title, and interest in the remaining $22,753.25 Defendant Funds are forfeited to the United States and title thereto is vested in the United States.

3.      The parties will bear their own costs and attorney's fees in this case.

_____
MARTHA VAZQUEZ
SENIOR UNITED STATES DISTRICT JUDGE


SUBMITTED BY:

*Submitted electronically August 1, 2023*
STEPHEN R. KOTZ
Assistant U.S. Attorney


APPROVED BY:


*Approved via email July 31, 2023*
ERLINDA O. JOHNSON, ESQ.
Attorney for Claimant
Law Office of Erlinda Ocampo Johnson, LLC
620 Roma Ave. N.W.
Albuquerque, NM 87102

*Approved via email July 31, 2023*
JOEL R. MEYERS, ESQ.
Attorney for Claimant
1000 Cordova Place, #930
Santa Fe, NM 87505